THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* NATIONAL SECURITY COMPANY, Respondent.

*Corporations — business corporation organized under chapter* 611 *of Laws of* 1875 *may continue to exercise powers enumerated in its charter to act as registrar and transfer agent of other corporations.*

People v. National Security Co., 189 App. Div. 38, affirmed.
(Submitted December 13, 1921; decided January 10, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 18, 1919, upon the submission of a controversy under section 1279 of the Code of Civil Procedure. Defendant was organized under chapter 611 of the Laws of 1875, which at the time of its incorporation contained this provision: ". § 1. Corporations may be organized under the provisions of this act for the carrying on of any lawful business, except banking, insurance, the construction and operation of railroads or aiding in the construction thereof, and the business of savings banks, trust companies, or corporations intended to derive profit from the loan or use of money, or safe deposit companies, including the renting of safes in burglar and fire-proof vaults." The question submitted for determination is whether or not under the provision above quoted, the defendant is authorized to transact business as the transfer agent and as registrar of other corporations. In other words, is acting as the transfer agent and registrar for other corporations, the business of a trust company, within the meaning of section 1 of the act of 1875.

*Charles D. Newton, Attorney-General (C. T. Dawes* of counsel), for appellant.

*W. E. Kisselburgh, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.